UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

JOSEPH BONGIORNO               :

        Petitioner,        :     ORDER
                                     07 cv 9287 (SHS)
      - v. -                :

UNITED STATES OF AMERICA,      :

        Respondent.        :

-----------------------------------X

IT IS HEREBY ORDERED that, with the consent of the Government, Petitioner's motion pursuant to 28 U.S.C. § 2255 is granted, and Petitioner's conviction is hereby vacated.

Dated: New York, New York
      August 25, 2008

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE