USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

PATRICK MCGAGH          :

       Petitioner,          :     ORDER
                                07 cv 9289 (SHS)

   - v. -          :

UNITED STATES OF AMERICA,          :

       Respondent.          :

------------------------------x

IT IS HEREBY ORDERED that, with the *written* consent of the Government *dated Aug. 25, 2008*, Petitioner's motion pursuant to 28 U.S.C. § 2255 is granted, and Petitioner's conviction is hereby vacated.

Dated: New York, New York
       August 25, 2008

HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE